UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BELKINA

        Plaintiff(s),

   v.

US AIRWAYS, INC.

        Defendant(s).

No. 12-00677(EDL)

ORDER SETTING CASE MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Elizabeth D. Laporte, for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on June 19, 2012 at 10:00 a.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10.  In view of the recent filing of case management statements, no additional case management statements need be filed unless there are any updates or amendments, at which time an updated statement shall be due no later than June 12, 2012.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**."  One copy shall be clearly marked as a chambers copy.

Dated: June 5, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge