Richard G. Grotch, Esq. – SBN 127713
Gina J. Allendorf, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027
E-mail:  rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
US AIRWAYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA BELKINA<br><br>                    Plaintiff,<br><br>vs.<br><br>US AIRWAYS, INC., and DOES 1 to 50, Inclusive,<br><br>                    Defendants. | Case No.   C 12-0677 EDL<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Honorable Elizabeth D. Laporte<br>United States Magistrate Judge |

WHEREAS this case was reassigned to Magistrate Judge Elizabeth D. Laporte upon the stipulation of plaintiff OLGA BELKINA and defendant US AIRWAYS, INC. (ECF Dkt. 21); and,

WHREREAS the Court scheduled a case management conference on June 19, 2012, at 10:00 a.m., with updated case management statements (if appropriate) to be filed by no later than June 12, 2012 (ECF Dkt. 22); and,

WHEREAS counsel for both parties are *unavailable* on June 19, 2012, due to other professional obligations; and,

///

WHEREAS counsel for both parties *are available* to appear at the case management conference on July 17, 2012,

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the Court be asked to enter an order (a) continuing the case management conference to **July 17, 2012, at 10:00 a.m.**, in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California and (b) extending the deadline for filing any necessary updated case management conference statement, to and including July 10, 2012.

Dated:  June 7, 2012                         ANNA DUBROVSKY LAW GROUP, INC.

                                             /s/  *Anna Dubrovsky*

                                             By: _____
                                                 Anna Dubrovsky
                                                 Attorneys for Plaintiff
                                                 Olga Belkina

Dated:  June 7, 2012                         CODDINGTON, HICKS & DANFORTH

                                             /s/  *Richard G. Grotch*

                                             By: _____
                                                 Richard G. Grotch (†)
                                                 Attorneys for Defendant
                                                 US Airways, Inc.

(†)    I hereby attest that I have on file all holograph signatures
       for any signatures indicated by a "conformed" signature (/s/)
       within this e-filed document.

///

///

///

///

2

1

**ORDER**

2      Upon the Stipulation of the parties, it is hereby ordered that:

3      1.      The case management conference scheduled for June 19, 2012 is continued to **July 17,**

4  **2012, at 10:00 a.m.**, in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco,

5  California; and

6

7      2.      Any necessary updated case management conference statement shall be filed by no

8  later than July 10, 2012.

9      IT IS SO ORDERED.

10  Dated:   June 7, 2012

11

12                                                                        

13                                                                        Honorable Elizabeth D. Laporte

14                                                                        United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE